FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
15 APR -6 PM 3:22
OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

# PRO SE CIVIL COMPLAINT

**Case No.** 8:15cv109
(the court will assign a number)

**I. CASE CAPTION: Parties to this Civil Action:**

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

| A. Plaintiff(s) Name(s): | Address(es): | Telephone No. (only if **you are NOT** a prisoner) |
|---|---|---|
| **Bruce Richard Friedman** | **1232 S. 118th St Omaha NE 68144** | **(402) 541-3799** |

| B. Defendant(s) Name(s): | Address(es) If known: |
|---|---|
| Mr. Jonathan Brott, Director of Infrastructure | 13030 Pierce Street Omaha, NE 68144 |
| Mr. Sudarsan Thattai, Chief Information Officer | 21700 Barton Road Colton, California 92324 |
| Millard Refrigerated Services, LLC | 13030 Pierce Street Omaha, NE 68144 |
| Lineage Logistics, LLC | 21700 Barton Road Colton, California 92324 |

(Attach extra sheets if necessary.)

**II. STATEMENT OF CLAIM(S)**

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

On or about October 29, 2014 through February 20, 2015

B. **What** happened?

Millard Refrigerated Services, Lineage Logistics, Mr. Jonathan Brott, Individually and in his capacity as the Director of Infrastructure and Mr. Sudarsan Thattai, individually and in his capacity as the Chief Information Officer, willfully, knowingly and purposefully violated the Plaintiff's Civil Rights guaranteed him under 29 U.S.C Chapter 14, and Title VII of the Civil Rights Act of 1964. The Plaintiff was harassed and subject to multiple instances of intimidation regarding his age, his ethnicity and his religious beliefs. The ongoing harassment ultimately led to the final act of employment discrimination and Civil Rights violations on February 20, 2015 when the Defendant's wrongfully terminated the employment of the Plaintiff without notice, cause or reason.

**II. STATEMENT OF CLAIM(S)** (continued)

The Defendant(s) willfully and purposefully violated The Age Discrimination in Employment act of 1967 (ADEA). By harassing and wrongfully terminating the employment of the Plaintiff because of his age. The Defendant(s) willfully and purposefully violated Title VII of the Civil Rights Act of 1964 by harassing and intimidating the Plaintiff for his ethnicity and religious beliefs and practices, harassing and degrading the Plaintiff' for his appearance consistent with his ethnicity and religious beliefs, attempting to change and alter Plaintiff's religious beliefs to be more consistent with the environmental and predominant religious beliefs and holdings of management in the company. Subjecting the Plaintiff to discussions, leaflets and customs held by the Defendant(s) contrary to the Plaintiff's customs and beliefs. And by wrongfully terminating the Plaintiff's employment for his age, race/ethnicity and religious beliefs. The Plaintiff was a competent, diligent, hard-working and highly successful employee. The Plaintiff was commended repeatedly by all levels of management and other employees, contractors and vendors for the work he performed and the Plaintiff was never sanctioned, disciplined, confronted or counseled for anything during his employment. Conversely the Plaintiff regularly verified and discussed his performance, success and fitment with his management including the Defendant(s) and was applauded and complimented and given repeated assurances that his work was extraordinary and highly regarded. The Plaintiff is and was at all times concerned a member of the following protected classes: He is over 40 years old, and he is a Native American culturally and spiritually. These protected classes were disclosed as a part of his employment.

**III. STATEMENT OF JURISDICTION**

Check any of the following that apply to this case (you may check more than one):

______United States or a federal official or agency is a party

______Claim arises under the Constitution, laws or treaties of the United States

X Violation of civil rights

X Employment discrimination

X Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

______Other basis for jurisdiction in federal court (explain below)

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

The Plaintiff is a citizen of the State of Nebraska, his employment was in Douglas County, Omaha which was acquired by Lineage Logistics. The current ownership, policies, procedures, and indemnification of Millard appears in question.

## V. RELIEF

State briefly what you want the court to do for you.

The Plaintiff prays that the Court Order the Defendant's to compensate the Plaintiff for damages

incurred by Plaintiff and his family as a result of his wrongful termination, compensate Plaintiff for the damage done to his reputation and his career because of the brevity and abrupt cessation of his employment, special damages for violating his Civil Rights, costs of litigation and all other remedies that the Court deems appropriate.

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes X No ____________

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

On March 3, 2015 a notice was submitted to the EEOC in Washington DC indicating that a claim of age discrimination, ethnic and religious discrimination was being made by the Plaintiff. This letter fulfills the requirements under 29 CFR part 1625, Waiver of Clams, and was filed within 180 days of the discrimination and 30 days prior to filing this action.

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

______________________________________________

______________________________________________

______________________________________________

**VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):**

JURY X JUDGE ____________

**VIII. VERIFICATION**

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed: Signature(s) of Plaintiff(s):

4/6/15

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT=S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**